UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Kristi Heffelfinger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11893-DRH |
| *Devon Turner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12832-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Date: October 8, 2014

Digitally signed by David R. Herndon
Date: 2014.10.08 07:14:55 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT